# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**BERTHA SARRACINO, Individually and as Personal Representative of the Estate of MARIO D. SARRACINO, Deceased, and as Natural Grandmother and Next Friend of MARIANO SARRACINO and TATIANA SARRACINO, Minors,**

Plaintiffs-Appellants,

v.                                                                 **NO. 28,595**

**BOARD OF REGENTS OF THE UNIVERSITY OF NEW MEXICO, as Trustee of the University of New Mexico, UNIVERSITY OF NEW MEXICO POLICE DEPARTMENT and THEIR EMPLOYEES MARK MEDINA, ELI LUCERO and PATRICK DAVIS and JOHN or JANE DOES 1-5,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Geraldine E. Rivera, District Judge**

The Revo Law Firm, P.A.
M. Terrence Revo
Roger I. Smith
Albuquerque, NM

L. Helen Bennett, P.C.
L. Helen Bennett
Albuquerque, NM

for Appellants

Robles, Rael & Anaya P.C.
Luis E. Robles
Erika A. Anderson
Albuquerque, NM

Long Pound & Komer, P.A.
John B. Pound
Little V. West
Santa Fe, NM

for Appellees

**MEMORANDUM OPINION**

**FRY, Chief Judge.**

Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

Affirmed.

**IT IS SO ORDERED.**

_____
**CYNTHIA A. FRY, Chief Judge**

2

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**ROBERT E. ROBLES, Judge**